```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 26394
   TONY JOSEPH MANCUSO
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX
         Debtor
   SSN XXX-XX-8728

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 10/02/2008 and was not confirmed.

    The case was dismissed without confirmation 11/03/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
FIRST MIDWEST BANK    CURRENT MORTG          .00           .00           .00
FIRST MIDWEST BANK    SECURED NOT I     24820.36           .00           .00
PRO SE DEBTOR         DEBTOR ATTY           .00                          .00
TOM VAUGHN            TRUSTEE                                            .00
DEBTOR REFUND         REFUND                                             .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                         --------------      --------------
TOTALS                       .00                    .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 02/24/09           _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```